HENDRICK *v.* MINOR LUMBER CO.

APPEAL—STIPULATION OF PARTIES—REVIEW.

> An agreement by counsel, without action of the court, that a demurrer to a declaration, which had been overruled, should stand overruled as to an amended declaration, presents no question for review on appeal, since parties cannot stipulate causes into the Supreme Court.

Case made from Alpena; Kelley, J. Submitted April 15, 1897. Decided May 25, 1897.

Case by Cyrus Hendrick, administrator of the estate of William H. Hendrick, deceased, against the Minor Lumber Company, for the alleged negligent killing of plaintiff's intestate. A demurrer to the declaration was overruled, and defendant appeals. Dismissed.

*Charles R. Henry,* for appellant.

*J. D. Turnbull,* for appellee.

PER CURIAM. There is no case set out in this record which can properly be heard. The original declaration was demurred to, which demurrer was overruled by the court below. By agreement of counsel, and without further action upon the part of the trial court, an amended declaration was filed, the demurrer to stand overruled as to that. Parties cannot stipulate causes into this court.

The appeal will be dismissed. Neither party will recover costs.